# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:

REAPPOINTMENTS TO CRIMINAL

PROCEDURAL RULES COMMITTEE

: NO. 482
:
: CRIMINAL PROCEDURAL RULES DOCKET
:
:

## ORDER

**PER CURIAM**

**AND NOW**, this 30th day of November, 2016, John P. Delaney, Jr., Esquire, Philadelphia, and Brian W. Perry, Esquire, Dauphin County, are hereby reappointed as members of the Criminal Procedural Rules Committee for a term of three years commencing January 1, 2017.